**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BANK OF AMERICA, N.A.,**

        **Plaintiff,**

**-vs-**                                                         **Case No. 6:11-cv-1935-Orl-22GJK**

**KATHERINE A. LUKE, ET AL,**

        **Defendants.**
_____/

## ORDER

This cause is before the Court on the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 6) filed on December 8, 2011.

The United States Magistrate Judge has submitted a report recommending that the Application be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 12, 2011 (Doc. No. 7) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 6) is DENIED. The Court hereby certifies that the appeal is not taken in good faith.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 5, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Katherine A. Luke, pro se
Clerk, Eleventh Circuit Court of Appeals